UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14044-CR-MARTINEZ(GRAHAM)/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

OMAR ROBINSON,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 2,2007. A Report and Recommendation was filed on October 4,2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to the four count Indictment which charges the Defendant in Count One with conspiracy to interfere with interstate commerce by violence and robbery, in violation of Title 18, United States Code, Section 1951(a);in Count Two with attempted interference with interstate commerce by violence and robbery, in violation of Title 18,United States Code, Section 1951(a);in Count Three with

possession and use of a firearm during and in relation to another federal crime of violence, in violation of Title 18, United States Code, Sections 1951 and 924(c); and in Count Four with illegal possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(5).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of October, 2007.

———————————————
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S. Probation Office